IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:24-cr-30109-DWD |
| | ) | |
| WINSTON BURNETT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FINDING NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On May 29, 2025, the Court entered a Preliminary Order of Forfeiture (Doc. 35) against Defendant for the following seized property:

**A Harrington and Richardson Arms, 38S S&W revolver bearing serial number 15160, and any and all magazine and ammunition seized.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1). The Government has now provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 2, 2025, and ending July 1, 2025. (Doc. 45-1). No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property under § 853(n)(2).

Consequently, the Court **FINDS**, pursuant to § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that was the subject of the Preliminary Order of Forfeiture, namely:

1

**A Harrington and Richardson Arms, 38S S&W revolver bearing serial number 15160, and any and all magazine and ammunition seized.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests is **GRANTED**. (Doc. 46).

**SO ORDERED**.

Dated: October 16, 2025.

                                           s/ *David W. Dugan*
                                           DAVID W. DUGAN
                                           United States District Judge